UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CARLOS STASHER, # 484917, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CO 1 MCELROY, CPL. ANTHONY COLLINS, )<br>CO 1 COREY KEATHLEY, CO1 LLOYD, )<br>CO 1 TIMOTHY RUPPE, and CO 1 LAM, )<br>)<br>Defendants. ) | No.: 3:15-cv-418-TAV-HBG |

## MEMORANDUM & ORDER

On September 29, 2015, the Court entered a Deficiency Order, warning Plaintiff that, unless within thirty (30) days of that date, he paid the full filing fee or submitted the necessary documents to support his *in forma pauperis* application, the Court would presume that he did not wish to proceed in this action and that he was not indigent, would assess the filing fee, and would order the case dismissed for want of prosecution [Doc. 3]. More than thirty days have passed since entry of the Deficiency Order, and Plaintiff has failed to comply with the Order or otherwise respond to it.

Accordingly, Plaintiff is **ASSESSED** the filing fee of $350.00 and this action will be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962) (recognizing a court's authority to dismiss a case sua sponte for lack of prosecution).

**AN APPROPRIATE ORDER WILL ENTER**.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE